Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ENDIS DANIEL GONZALEZ ORTEGA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:25-CR-00133-JLT |
| ) | |
| Plaintiff, ) | **MOTION TO TERMINATE CJA** |
| vs. ) | **APPOINTMENT AND ORDER** |
| ) | |
| ENDIS DANIEL GONZALEZ ORTEGA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On June 26, 2025, a Complaint was filed against Defendant, ENDIS DANIEL GONZALEZ ORTEGA, in federal court. On August 22, 2025, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Gonzalez Ortega. On September 3, 2025, the Indictment against Mr. Gonzalez Ortega was dismissed due to an Indictment out of the District of Nebraska for related criminal conduct (*United States v. Alfredo Pinto-Mendoza*, et al. Case 8:25-cr-190-BCB-RCC).

On September 3, 2025, counsel was appointed to represent Mr. Gonzalez Ortega for the initial appearance only in 1:25-mj-00100-1-SAB. On September 4, 2025, this Eastern District Court Ordered that Mr. Gonzalez Ortega be transported to the District of Nebraska.

**MOTION TO TERMINATE CJA APPOINTMENT AND [PROPOSED] ORDER**

-1-

Having completed her representation of Mr. Gonzalez-Ortega Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Dated: September 18, 2025

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

### ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

IT IS SO ORDERED.

Dated:   **September 22, 2025**

UNITED STATES DISTRICT JUDGE